BRYAN SCHRODER
United States Attorney

ADAM ALEXANDER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-2039
Email: adam.alexander@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:19-cr-00038-SLG-DMS |
| Plaintiff, | COUNT 1: |
| | MISREPRESENTATION OF INDIAN |
| v. | PRODUCED GOODS AND PRODUCTS |
| | Vio. of 18 U.S.C. § 1159(a), (b)(1)(A)(i) |
| LEE JOHN SCRENOCK, | |
| d.b.a. "ARCTIC TREASURES," | COUNTS 2 and 3 |
| | MARINE MAMMAL PROTECTION ACT |
| Defendant. | Vio. Of 16 U.S.C. § 1372(a)(4)(B) and |
| | 1375(a)(2)(b) |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

Beginning at an unknown time and ending no later than on or about June 11, 2018, within the District of Alaska, the defendant, LEE JOHN SCRENOCK, did knowingly offer and display for sale approximately 450 ivory carvings, without a Government trademark, in a manner that falsely suggested that the goods were Indian produced, an

Indian product, and the product of a particular Indian or Indian tribe or Indian arts and crafts organization, resident within the United States, to wit made by an Alaska Native artist when in truth and fact the goods were carved by LEE JOHN SCRENOCK who is not a member of an Indian tribe or certified as an artisan by an Indian tribe.

All of which is in violation of 18 U.S.C. §1159(a), and (b)(1)(A)(i).

## COUNT 2

Beginning at an unknown time and ending no later than on or about October 26, 2015, within the District of Alaska, the defendant, LEE JOHN SCRENOCK, did knowingly offer to sell and did sell wildlife, to wit, one polar bear skull, for a purpose other than public display, scientific research, or enhancing the survival of the species.

All of which is in violation of 16 U.S.C. §1372(a)(4)(B) and §1375(a)(2)(b).

## COUNT 3

Beginning at an unknown time and ending no later than on or about February 26, 2016, within the District of Alaska, the defendant, LEE JOHN SCRENOCK, did knowingly offer to sell and did sell wildlife, to wit, one walrus oosik, for a purpose other than public display, scientific research, or enhancing the survival of the species.

//

//

//

//

All of which is in violation of 16 U.S.C. §1372(a)(4)(B) and §1375(a)(2)(b).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Adam Alexander
ADAM ALEXANDER
Assistant U.S. Attorney
United States of America

s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America

DATE: 3/20/19